UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HAMPTONS AT METROWEST
CONDOMINIUM ASSOCIATION, INC.,

     Plaintiff,

v.                            Case No.  6:13-cv-806-ORL-36TBS

MT. HAWLEY INSURANCE COMPANY,

     Defendant.

_____/

ORDER

     This case comes before the Court on Plaintiff's Motion to Remand which the district judge referred to me for a report and recommendations.  (Docs. 22-23.)  The motion is insufficient because it does not contain the certificate required by Local Rule 3.01(g).  Under the circumstances, I find this Order more appropriate than a report and recommendation that the motion be denied.  Now, the motion is DENIED without prejudice.

     IT IS SO ORDERED.

     DONE AND ORDERED in Orlando, Florida, on July 11, 2013.

                                    THOMAS B. SMITH
                                  United States Magistrate Judge

     Copies to all Counsel