UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HAMPTONS AT METROWEST
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.                                           Case No.  6:13-cv-806-ORL-36TBS

MT. HAWLEY INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

    This case comes before the Court on Plaintiff's Motion to Remand which the district judge referred to me for a report and recommendations.  (Docs. 22-23.)  The motion is insufficient because it does not contain the certificate required by Local Rule 3.01(g).  Under the circumstances, I find this Order more appropriate than a report and recommendation that the motion be denied.  Now, the motion is DENIED without prejudice.

    IT IS SO ORDERED.

    DONE AND ORDERED in Orlando, Florida, on July 11, 2013.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

    Copies to all Counsel